UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                         CASE NO.: 21-21090-LMI
                                                                                                                   CHAPTER 13

**Jorge Enrique Lopez,**

       **Debtor.**

_____

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>U.S. Bank Trust National Association, not in its</u>            <u>Nationstar Mortgage LLC dba Mr. Cooper</u>
<u>individual capacity but solely as owner trustee for RCF 2</u> Name of Transferor
<u>Acquisition Trust c/o U.S. Bank Trust National</u>
<u>Association</u>
Name of Transferee

| | |
|---|---|
| Name and Address where notices to Transferee should be sent: <br> Selene Finance LP <br> Attn: BK Dept <br> 3501 Olympus Blvd, Suite 500 <br> Dallas, TX 75019 | Court Claim # (if known): 4-1 <br> Amount of Claim: $375,640.98 <br> Date Claim Filed: 1/11/2022 |
| <u>Phone:</u> <br> Last Four Digits of Acct #: 5813 | Phone: <u>877-343-5602</u> <br> Last Four Digits of Acct #: 3326 |

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

<u>Phone:</u>
Last Four Digits of Acct #: 5813

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Keith Labell                                  Date: September 15, 2022

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. /8 U.S.C. §§ 152 & 3571.*

<u>CERTIFICATE OF SERVICE</u>

       I HEREBY CERTIFY that on September 16, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JORGE ENRIQUE LOPEZ
13695 SW 142 TERRACE
MIAMI, FL 33186

And via electronic mail to:

PATRICK L CORDERO, ESQ
7333 CORAL WAY
MIAMI, FL 33155

NANCY K. NEIDICH
[WWW.CH13MIAMI.COM](WWW.CH13MIAMI.COM)
POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130


                        By: /s/ Franklin Garcia